UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT LAWRENCE SIMMONS,

PLAINTIFF,

Civil No. 21-696 (JRT/HB)

V.

DAKOTA COUNTY AND COMMISSIONER OF SOCIAL SECURITY,

**ORDER ON REPORT AND RECOMMENDATION**

DEFENDANTS.

Scott Lawrence Simmons, ADDRESS UNKNOWN, *pro se* plaintiff.

United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on March 23, 2021. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Scott Lawrence Simmons [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 22, 2021

2

in Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court